IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL C. STEWART, # 174305, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:11cv1009-TMH |
| | ) | (WO) |
| TONY PATTERSON, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

It is a rule of this court that if, after considering a prisoner's affidavit for *in forma pauperis* treatment, it is determined that the prisoner is financially able to pay the appropriate filing fee, he must do so.

Upon consideration of the fact that Petitioner had an available balance of $146.64 in his prison account at the time he filed this petition for habeas corpus relief, it is the opinion of the Magistrate Judge that Petitioner is able to pay the applicable $5.00 filing fee.

Accordingly, it is ORDERED that:

1. On or before December 21, 2011, Petitioner shall forward to the Clerk of the Court the $5.00 filing fee; and

2. Except to the extent that payment is required under this order, Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED. Petitioner is cautioned that his failure to comply with this order will result in a Recommendation by the undersigned

that the instant petition be dismissed.

Done this 30th day of November, 2011.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE