IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL C. STEWART, # 174305,  )<br>  )<br>  Petitioner,  )<br>  )<br>v.  )<br>  )<br>TONY PATTERSON, *et al.*,  )<br>  )<br>  Respondents.  )  | Civil Action No. 2:11cv1009-TMH<br>(WO) |

**O R D E R**

In light of the petitioner's timely payment of the filing fee in this case, it is

ORDERED that the Recommendation entered on January 25, 2012 (Doc. 4), be and is hereby WITHDRAWN.

Done this 30th day of January, 2012.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE