IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL C. STEWART, #174305, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TONY PATTERSON, *et al.*, )<br>)<br>Respondents. ) | CIVIL ACTION NO.  2:11cv1009-TMH<br>(WO) |

**OPINION and ORDER**

On February 26, 2014, the Magistrate Judge filed a Recommendation in this case recommending that the petition of habeas corpus relief filed pursuant to 28 U.S.C. § 2254 be dismissed.  (Doc. # 56).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that the petition for habeas corpus relief be and is hereby DENIED, and that this case be and is hereby DISMISSED because Stewart has failed to demonstrate that the disciplinary action resulting in his placement in disciplinary segregation and loss of privileges gives rise to any claim for federal habeas relief or states any claim for a denial of his constitutional right to due process.

Done this 28th day of April, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE